DiTroia *v.* DiTroia, Appellant.

Argued March 23, 1964. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

*James F. Clarke,* with him *James B. Ceris,* for ap-
pellant.

*Harold Gondelman,* with him *Maurice B. Wechsler,*
for appellee.

OPINION PER CURIAM, April 21, 1964:

In this proceeding the master recommended the
grant of a divorce. After overruling the exceptions to
the master's report, the court of common pleas granted
the decree and the Superior Court in 202 Pa. Superior
Ct. 7, 193 A. 2d 877 (1963) affirmed the judgment. We
concur in the determination that the weight of the
credible evidence sustains the decree on the ground
of indignities to the person and that the pornographic
pictures admitted in evidence by the master as part of
defendant's case were not sufficient to require the de-

258

termination that the plaintiff was not an innocent and injured spouse.

Order affirmed.

Mr. Justice MUSMANNO dissents.